Chris Folkers
4624 West 72nd Street
Prairie Village, Kansas [near 66208]
In Propria Persona[1]
One of the People

Date: 09/02/2014
**FILED**
SEP 0 2 2014
Clerk, U.S. District Court
By:_____ Deputy Clerk

In the United States District Court
For the District of Kansas

| | |
|---|---|
| Chris Folkers, Plaintiff } | |
| } | Case 2:2014CV2429DDCTJJ |
| V } | |
| } | Plaintiff's Objection to Defendant's Motion to |
| Keith Drill, Defendant } | Dismiss |

   Now comes Plaintiff with his objection to Defendant's Motion to Dismiss.

1. Plaintiff has filed to remand which would make dismissal moot.
2. Defendant's motion to dismiss should be stricken or overruled.
3. Take Judicial Notice :of American Jurisprudence Book 16.
4. Plaintiff objects to the capitalization of the his name as stated in the caption of defendant's Motion to Dismiss. Mr. Seck is engaging in the act of Capitus Diminutio[2] Maxima[3] against the Plaintiff in this matter. The Plaintiff is one of the People and is not a corporate or franchise being as so identified in their caption pleading.  This is the meaning of the Plaintiff name in all capital letters

---

[1] "In Propria Persona" – in one's own proper name. It is a rule of pleading that pleas to the jurisdiction of the Court must be plead in propria persona, because if pleaded by attorney they admit jurisdiction, as an attorney is an officer of the Court., he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes PL. 91, [Black's Law 4th, 1968 pp900]

[2] Capitus Diminutio – "In Roman Law . A diminishing or abridgement of personality. A loss or curtailment of a man's status or aggregate of legal status or attributes and qualifications." Black's Law 4th ed (1968) pg 264

[3] Capitus Diminuto Maxima – "The highest and most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept with it all rights of citizenship and all family rights." Black's Law 4th ed (1968) pg 264

**OBJECTION**

5. Plaintiff has alleged sufficiently so that this Court can infer what is being claimed. Because plaintiff did not, "artfully" like an attorney would, plead such claims should not invoke dismissal under bell v atlantic or other case law.

6. Plaintiff challenged the subject matter jurisdiction of the Court. SCOTUS has already concluded this issue and is the standing principal of law. The defendant willfully violated laws and committed crimes and treasons upon his oaths. There is no law giving absolute or qualified immunity for any official committing crimes, which a jury must decide. The defendant in willfully committing these crimes also triggered laws which allows plaintiff to (1) invoke Citizen Arrest against the defendant for felony crimes and/or (2) Bring a subsequent civil action for damages. At this point plaintiff elected (2).

7. Again, this case is founded upon factual willful criminal acts by defendants. SCOTUS has decided and every Judge knows, "when subject matter of a Court is challenged – the case stops until such jurisdiction is proven." This proof process can be extremely burdensome, time consuming, annoying and frustrating upon the Court but it must be done, no excuse, no matter how long it takes, no matter who or what has to be brought to the Court to prove such jurisdiction. Plaintiff demanded properly and acted civilly at all times for a Court to prove its subject matter jurisdiction before moving the matter forward, only to be met with numerous criminal acts willfully perpetrated upon plaintiff by people clothed in color of law.

8. Defendant and now other defendants willfully ignored the law to intentionally further a scheme of debt collection. Intention can be inferred by ones acts. In this case plaintiff has inferred (by acts) that defendants are operating a scheme only to collect money and collect that money under color of law by coercion(s). Defendant first unlawfully uses trickery to justify the money collection, lying to people who come before him. If the trick is unsuccessful, defendant then unlawfully uses intimidation and threat of contempt and jail to intentionally instill fear in and to coerce the people who come before him to pay money. If a "people" remain steadfast even if civil mannered, defendant then

willfully aided and abetted by others schemers under color used physical force to physically assault, detain and intentionally cause physical and emotional harm all in an attempt to coerce people to turn over money.

9. Defendant, while under oath of office, willfully and intentionally ignored SCOTUS law, unlawfully used trickery by lying, intimidation and threat of contempt and jail and physical force to coerce plaintiff to pay money maintaining the false facade of a legitimate court and court proceedings.

10. Now defendant, in his dismiss motion, represents that all of the above are official duties and capacities to which he has immunity. SCOTUS disagrees with defendant; it is so well settled law "that even when a judge acts in the above manner he has no immunity and all is null." In addition, 18 USC 242 (the law) does not exclude judges by giving immunity, in fact the fine damages are severe and 42 USC 1983 (the law) provides remedy to the people. Defendant's use of case law (not SCOTUS and US law) to wrangle and twist a new story only founded on "he was just doing his job" (to escape liability) is very different from plaintiffs claims above, which this Court can infer and plaintiff should be allowed to bring such before a jury for proper decision. Defendant again is using trickery and false claims so that his story will fit into standard and common case law rulings creating immunity. This is an attempt to abuse the process, as SCOTUS and US law (not case law) as well as Constitutional dictates are controlling.

11. Plaintiff brings this suit for crimes committed against him. He is allowed by law to bring and seek civil damage remedies. Plaintiff believes and now factually represents that he has justification and can also make a legal citizen's arrest of defendant for felonies and enforces his claim for civil relief.

Wherefore, Defendant's motion to dismiss is disingenuous containing knowingly false representations as facts and should be ruled moot, stricken or overruled.

_____

Chris Folkers
4624 West 72nd Street
Prairie Village, Kansas [near 66208]
Without prejudice

Certification of Service

I, Chris Folkers, hereby certify that the foregoing Objection and Move for remand was mailed to the following party via US Mail postage prepaid on September 2, 2014:.

Fisher, Patterson, Sayler snf Smith
51 Corporate Woods, Suite 300.
Overland Park, KS 66210
Attn: Atty Michael Seck

Chris Folkers
Without prejudice