IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS FOLKERS, | ) |
|                     Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-02429-DDC-TJJ |
| KEITH DRILL, LAURA McCONWELL, and WAYNE BRINKLEY, | ) |
|                     Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

COME NOW Defendants, Judge Keith Drill, Laura McConwell, and Wayne Brinkley, in their individual and official capacities, and move this Court for an order dismissing Plaintiff's action pursuant to F.R.C.P. 12(b) for the following reasons:

1. Plaintiff fails to state a claim upon which relief may be granted.

2. The Defendants are entitled to absolute and/or qualified immunity in their individual capacities.

3. Plaintiff fails to plead and comply with the provisions of K.S.A. §12-105b with regard to his tort claims.

4. The Court should decline to exercise jurisdiction over Plaintiff's request for Declaratory and Injunctive Relief.

WHEREFORE, the Defendants respectfully request that this Court enter its order dismissing Plaintiff's action with prejudice, for their costs and attorneys' fees pursuant to 42 U.S.C. § 1988, and for such other and further relief as the Court deems just and equitable.

1

{O0319891}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS
HON. KEITH E. DRILL, LAURA McCONWELL and
WAYNE BRINKLEY


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Defendants' Motion to Dismiss* on this 30th day of January, 2015, and served a copy by United States mail, postage prepaid, upon the following:

Chris Folkers, Pro Se
4624 West 72nd Street
Prairie Village, Kansas 66208



/s/ Michael K. Seck
Michael K. Seck, #11393

2